# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:20-cr-107-DPM

RANDY PANKEY                                                DEFENDANTS

## ORDER

1. After conferring with counsel, Randy Pankey consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 36*. No objections were filed and the time to do so has passed.

2. On 4 July 2019 in the Eastern District of Arkansas, Pankey knowingly and intentionally possessed with the intent to distribute at least five grams, but less than fifty grams, of methamphetamine (actual), as charged in count two of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3. The Court accepts Pankey's guilty plea and convicts him of the offense. The United States' oral motion to dismiss is granted. Counts one and three of the Indictment are dismissed without prejudice as to Pankey.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023